## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **MATTHEW BYRON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **HSBC BANK USA, N.A., f/b/o** ) | |
| **ACE SECURITIES CORP. HOME** ) | **No. 2:15-cv-360-GZS** |
| **EQUITY LOAN TRUST, SERIES** ) | |
| **2006-NC2, and SELECT PORTFOLIO** ) | |
| **SERVICING, INC.,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 29) filed January 29, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant Select Portfolio Servicing. Inc.'s Motion to Set Aside Default (ECF No. 7) entered against it in the Maine Superior Court is **GRANTED**.

                                                                                     /s/ George Z. Singal
                                                                         United States District Judge

Dated this 19th day of February, 2016.